Linda L. HORNSBY

v.

The SOUTHLAND CORPORATION.

No. 82–149–M.P.

Supreme Court of Rhode Island.

May 13, 1982.

Lynch, Di Luglio, Pannonoe & Costello, Warwick, John D. Lynch, for plaintiff-respondent.

Rice, Dolan, Kiernan & Kershaw, Leonard A. Kiernan, Jr., Bernard Boyer, Providence, for defendant-petitioner.

### ORDER

The petition for writ of certiorari is granted.

Louis V. JACKVONY, Jr. et al.

v.

Anthony MONAFO et al.

No. 82–68–M.P.

Supreme Court of Rhode Island.

May 13, 1982.

William A. Gosz, Providence, for plaintiffs-respondents.

Pasquale T. Annarummo, Town Sol., Warren, for defendants-petitioners.

### ORDER

The petition for writ of certiorari is denied.

BEVILACQUA, C. J., did not participate.

Bernard Mario LUPOLI et al.

v.

William James GEDDES et al.

No. 81–618–A.

Supreme Court of Rhode Island.

May 13, 1982.

John D. Archetto, Providence, for plaintiffs.

Blais, Cunningham & Crowe, Chester, Ronald R. Gagnon, Pawtucket, Edward P. Manning, Providence, for defendants.

### ORDER

This case is assigned to the *show cause* calendar.

The plaintiffs are directed to appear on a date to be assigned and show cause why their appeal should not be dismissed in light of the fact that the doctrine of lis pendens is not appropriately invoked in an action where money damages only are being sought and title to real property is not in issue.